**PRIORITY SEND**
**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 14-00915-VAP (DTBx)                                        Date:  July 23, 2014

Title:   ALFRED GOSSETT, LINDA A. GOSSETT -v- BANK OF AMERICA,
         N.A., NATIONSTAR MORTGAGE LLC, AND DOES 1-10, INCLUSIVE
==============================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

    Marva Dillard                                                        None Present
    Courtroom Deputy                                                  Court Reporter

ATTORNEYS PRESENT FOR                          ATTORNEYS PRESENT FOR
PLAINTIFFS:                                             DEFENDANTS:

    None                                                                       None

PROCEEDINGS:    MINUTE ORDER REMANDING THIS ACTION BACK TO
                CALIFORNIA SUPERIOR COURT FOR THE COUNTY OF
                RIVERSIDE  (IN CHAMBERS)

    On April 15, 2014, Plaintiffs Alfred Gossett and Linda A. Gossett (collectively, "Plaintiffs") filed a Complaint in Riverside County Superior Court against Defendants Bank of America, N.A., and Nationstar Mortgage LLC ("Nationstar").  (<u>See</u> Not. of Removal, Ex. A ("Complaint") (Doc. No. 1).)  On May 7, 2014, Nationstar removed the case to this Court.  (<u>See</u> Not. Of Removal.)  On May 14, 2014, Nationstar filed a Motion to Dismiss ("MTD") the complaint.  (Doc. No. 7.)  Nationstar did not serve Notice of Removal or the MTD.

    On June 5, 2014, noting that Nationstar had not served the Notice of Removal or the MTD, the Court issued an Order to Show Cause ("OSC") ordering Nationstar

MINUTES FORM 11                                              Initials of Deputy Clerk _____
CIVIL -- GEN                                    Page 1

EDCV 14-00915-VAP (DTBx)
ALFRED GOSSETT, LINDA A. GOSSETT v. BANK OF AMERICA, N.A., NATIONSTAR MORTGAGE LLC, AND DOES 1-10, INCLUSIVE
MINUTE ORDER of July 23, 2014

to show cause why the MTD should not be denied without prejudice and the case remanded back to state court. (Doc. No. 10.) On June 18, 2014, Nationstar filed a Response to the OSC stating that the parties had reached a settlement agreement whereby Plaintiffs agreed to a voluntary dismissal with prejudice upon remand, and therefore Nationstar did not oppose remand. (Doc. No. 13.)

As Nationstar does not oppose remand and has conceded that the Notice of Removal and MTD were not properly served, the Court REMANDS this action to the California Superior Court for the County of Riverside.

**IT IS SO ORDERED.**